

USAO No.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 20-424 _____ |
| DAVID ANTHONY ROBINSON, | : (Murder for Hire, 18 U.S.C. § 1958) |
| Defendant. | : |

…oOo…

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Between at least in or about June 2017 through February 2019, in the District of Maryland, the defendant,

**DAVID ROBINSON,**

used the mail or any facility of interstate commerce, and caused another to use the mail or any facility of interstate commerce, with intent that the murder of Victim 1 be committed in violation of Maryland Code, Criminal Law §§ 2-201, 2-204, 2-205, and 2-206, 1-202, and the Common Law of Maryland, punishable pursuant to Maryland Code, Criminal Law §§ 1-201, 1-202, 2-201, 2-204, 2-205, and 2-206, and 18 U.S.C. § 1513, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: $10,000 in U.S. currency.

18 U.S.C. § 1958

_____
Robert K. Hur
United States Attorney